IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISAIAS ROSALES, individually and d/b/a POLLOS ASADOS EL REGIO; POLLOS ASADOS EL REGIO #1, INC., d/b/a POLLOS ASADOS EL REGIO; POLLOS ASADOS EL REGIO #5, INC., d/b/a EL REGIO POLLOS ASADOS; POLLOS ASADOS EL REGIO #7, INC., d/b/a EL POLLO REGIO; POLLOS ASADOS EL REGIO #9, INC., d/b/a POLLOS EL REGIO; POLLOS ASADOS EL REGIO #10, INC.; POLLOS ASADOS EL REGIO #11 INC.; POLLOS ASADOS EL REGIO #12 INC.; POLLOS ASADOS EL REGIO #13 INC.; POLLOS ASADOS EL REGIO #14 INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>JOSE JUAN BAZALDUA and EL POLLO REGIO IP, LLC, <br><br>*Defendants*. | CIVIL ACTION NO. 4:17-cv-00414 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Pretrial Conference [Dkt. No. 3], Defendants El Pollo Regio IP, LLC and Jose Juan Bazaldua submit a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of the case, as follows:

1. Plaintiffs;

2. Defendant El Pollo Regio IP, LLC;

3. PR Holdings, LP; and

4. Defendant Jose Juan Bazaldua.

Defendant El Pollo Regio IP, LLC states that it is wholly owned by PR Holdings, LP, which is a Texas Limited Partnership. Defendant El Pollo Regio IP, LLC further states that no publicly held corporation owns more than 10% or more ownership interests in it.

/s/ L. David Anderson
L. David Anderson (Attorney-in-Charge)
Texas Bar No. 00796126
S.D. Tex. Bar No. 33926
danderson@wickphillips.com
Christopher M. Hodge
Texas Bar No. 24074423
S.D. Tex. Bar No. 1138522
chris.hodge@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:  (214) 692-6255

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Certificate of Interested Persons and Disclosure Statement was filed electronically in compliance with Local Rule 5.1. As such, this document was served on the following counsel who have consented to electronic service pursuant to Local Rule 5.1. Pursuant to Fed. R. Civ. P. 5(b) and Local Rule 5.3, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document by certified mail, return receipt requested on this 4th day of April, 2017.

Counsel for Plaintiffs:

Josef F. Buenker
Vijay Pattisapu
The Buenker Law Firm
2030 North Loop West, Suite 120
Houston, Texas 77018

*/s/ L. David Anderson*
L. David Anderson